RECEIVED
SEP 2 8 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

MAUREEN GREEN :

VERSUS : CIVIL ACTION NO.: CV05-1954 L-O

MAYOR RUTH FONTENOT, ET AL : JUDGE MELANCON, MAG. JUDGE HILL

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## JUDGMENT

Before the court on the 25th of September 2006 was the defendant's Motion for Sanctions pursuant to FRCP 11. Present for Mayor Ruth Fontenot, individually and as the Mayor of the City of New Iberia and the City of New Iberia appears John F. Wilkes, III, and the plaintiff, Maureen Vallot Green was present before the court on that date, and the court having considered the law, evidence, civil action records of the above captioned cause as well as the arguments of counsel and plaintiff Maureen Vallot Green, and based upon the litigation history of the plaintiff, Maureen Vallot Green in this court generally, and for oral reasons assigned;

IT IS ORDERED, ADJUDGED AND DECREED, that the defendant's Motion for Sanctions is hereby GRANTED and defendants are hereby awarded the sum of Ten Thousand dollars and no cents ($10,000.00) in attorney's fees as well as Five Thousand dollars and no cents ($5,000.00) as a monetary sanction for plaintiff's continued abuse of the judicial process;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that if and when this judgment becomes a final judgment after appeal, if any is taken, then this judgment will be made executory and collectible by the defendants if Maureen Vallot Green files a suit or cause of

action in this court or in the state courts of Louisiana arising out of the same operative facts as this suit, upon written notice of such filing made under oath by John F. Wilkes, III as an officer of this court and/or by his client.

Thus done and signed this 28th day of September 2006 at Lafayette, Louisiana.

_____
Hon. Tucker L. Melancon
United States District Court